IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELE RICCI                                        :        CIVIL ACTION
    v.                                               :
                                                     :
AETNA, INC. d/b/a AETNA U.S. HEALTHCARE               :        NO. 02-4330
AND AETNA LIFE INSURANCE COMPANY                      :

### ORDER

     Pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), a pretrial conference in this matter will be held on **September 18, 2002, at 10:00 a.m.** before the Honorable M. Faith Angell, United States Magistrate Judge, Room 3030, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

     It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

Date: July 8, 2002

                                 BY THE COURT:

                                 _____

                                 M. FAITH ANGELL
                                 UNITED STATES MAGISTRATE JUDGE