IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**MICHELE RICCI**              :
                               :
            **Plaintiff,**     :   CIVIL ACTION
                               :
      v.                       :   02-CV-4330
                               :
**AETNA, INC. d/b/a AETNA U.S.**   :
**HEALTHCARE and AETNA LIFE**  :
**INSURANCE COMPANY**          :
                               :
            **Defendants.**    :
_____ :

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

      Kindly enter the appearance of the undersigned on behalf of Defendants Aetna, Inc. d/b/a Aetna U.S. Healthcare and Aetna Life Insurance Company in the above-captioned matter.

OF COUNSEL:

ELLIOTT, REIHNER, SIEDZIKOWSKI       _____
& EGAN       Patricia C. Collins
       Union Meeting Corp. Ctr. V
       925 Harvest Drive
       Blue Bell, PA 19422
Dated: July 23, 2002       (215) 977-1000

pcl: 53105.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the person(s) and in the manner set forth below:

**Via U.S. Postal Service**
**First Class Mail, Postage Prepaid**

Theodore A. Schwartz, Esquire
1620 Locust Street
Philadelphia, PA 19103-6392

_____
PATRICIA C. COLLINS

DATE: July 23, 2002

pcl: 53105.1

Patricia C. Collins, Esquire
Elliott Reihner Siedzikowski & Egan, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

:-MAL                                    2