IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | |
| AETNA, INC., D/B/A | : | |
| AETNA U.S. HEALTHCARE AND | : | |
| AETNA LIFE INSURANCE COMPANY : | | NO. 02-CV-4330 |

## CERTIFICATE OF SERVICE

_____I, Theodore A. Schwartz, Esquire, hereby certify that a true and correct copy of a letter dated July 2, 2002 from Linda C. Chiaradio, Secretary to Judge Lowell A. Reed, Jr. together with Judge Reed's Scheduling and Discovery Policy, Judge Reed's Notice to Counsel -- Communications with Court and Staff and Order assigning case to Magistrate Judge Angell was mailed on July 24, 2002 by U.S. Postal Service, First Class Mail, Postage Prepaid to counsel for Defendants as follows:

> Patricia C. Collins, Esquire
> Elliott, Reihner, Siedzikowski & Egan, P.C.
> Union Meeting Corporate Center V
> P.O. Box 3010
> 925 Harvest Drive
> Blue Bell, PA 19422

> **M. MARK MENDEL, LTD.**
>
> BY: _____
>   THEODORE A. SCHWARTZ, ESQUIRE
>   ATTORNEY I.D. NO. 09256
>   KENNETH B. GREAR, ESQUIRE
>   ATTORNEY I.D. NO. 81608
>   ATTORNEYS FOR PLAINTIFF
>   1620 LOCUST STREET
>   PHILADELPHIA, PA 19103-6392
>   TELEPHONE NO. (215) 732-7200
>   FAX NO. (215) 546-3277

Date: _____