IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE RICCI** | : | **CIVIL ACTION** |
| | : | |
| VS. | : | |
| | : | |
| **AETNA, INC., D/B/A** | : | |
| **AETNA U.S. HEALTHCARE AND** | : | |
| **AETNA LIFE INSURANCE COMPANY** | : | **NO. 02-CV-4330** |

## CERTIFICATE OF SERVICE

_____I, Theodore A. Schwartz, Esquire, hereby certify that a true and correct copy of United States Magistrate Judge M. Faith Angell's Order of July 8, 2002 was mailed on July 24, 2002 by U.S. Postal Service, First Class Mail, Postage Prepaid to counsel for Defendants as follows:

>Patricia C. Collins, Esquire
>Elliott, Reihner, Siedzikowski & Egan, P.C.
>Union Meeting Corporate Center V
>P.O. Box 3010
>925 Harvest Drive
>Blue Bell, PA 19422

**M. MARK MENDEL, LTD.**

BY: _____
**THEODORE A. SCHWARTZ, ESQUIRE
ATTORNEY I.D. NO. 09256
KENNETH B. GREAR, ESQUIRE
ATTORNEY I.D. NO. 81608
ATTORNEYS FOR PLAINTIFF
1620 LOCUST STREET
PHILADELPHIA, PA 19103-6392
TELEPHONE NO. (215) 732-7200
FAX NO. (215) 546-3277
DATE:** _____