IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| v. | : | |
| | : | |
| AETNA, INC. d/b/a AETNA U.S. HEALTHCARE | : | NO. 02-4330 |
| AND AETNA LIFE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 11th day of December, 2002, upon consideration of correspondence to the Court from Plaintiff's counsel dated December 10, 2002, it is hereby **ORDERED** that a **Telephone Status Conference** concerning the above-captioned action will take place on **December 19, 2002**, at **10:30 a.m.** to discuss the status of discovery. Plaintiff's counsel shall initiate this conference call to (215) 507-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE