IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| v. | : | |
| | : | |
| AETNA, INC. d/b/a AETNA U.S. HEALTHCARE | : | NO. 02-4330 |
| AND AETNA LIFE INSURANCE COMPANY | : | |

**ORDER**

AND NOW, this 19th day of December, 2002, after conducting a telephone status conference with counsel, it is hereby **ORDERED** that:

1. Discovery is extended forty-five (45) days, or until **March 3, 2003**;

2. A **Telephone Status Conference** will take place on **March 4, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions, as well as explore the possibility of a resolution of the matter. Plaintiff's counsel shall initiate this conference call to (215) 507-6079.

3. The Telephone Status Conference previously scheduled for January 22, 2003, is cancelled.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE