IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| v. | : | |
| | : | |
| AETNA, INC. d/b/a AETNA U.S. HEALTHCARE | : | NO. 02-4330 |
| AND AETNA LIFE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 24th day of February, 2003, upon consideration of correspondence to the Court from Plaintiff's counsel dated February 12, 2003, and February 20, 2003, as well as correspondence from Defendants' counsel dated February 13, 2003, it is hereby **ORDERED** that a **Telephone Status Conference** concerning the above-captioned action will take place on **February 26, 2003**, at **2:30 p.m.** to discuss the above-mentioned correspondence. Plaintiff's counsel shall initiate this conference call to (215) 507-6079.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE