IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE RICCI | : CIVIL ACTION |
| | : |
| | : NO. 02-4330 |
| v. | : |
| | : |
| AETNA, INC. d/b/a AETNA U.S. HEALTHCARE | : |
| AND AETNA LIFE INSURANCE COMPANY | : |

## ORDER

**AND NOW**, this 19th day of May, 2003, upon consideration of the Defendant Aetna, Inc., d/b/a Aetna U.S. Healthcare and Aetna Life Insurance Company's Motion to Amend This Court's March 12, 2003 Interlocutory Order to Certify Pursuant to 28 U.S.C. §1292(b) (Document No. 24) and the plaintiff's response to the motion, it is **ORDERED** that the motion is **DENIED.**

TIMOTHY J. SAVAGE, J.