IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| v. | : | |
| | : | |
| AETNA, INC. d/b/a AETNA U.S. HEALTHCARE | : | NO. 02-4330 |
| AND AETNA LIFE INSURANCE COMPANY | : | |

## **ORDER**

AND NOW, this 12th day of June, 2003, after conducting a telephone status conference with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. The Parties shall file cross-motions for summary judgment with supporting briefs and affidavits no later than **July 28, 2003**.

2. The Parties shall file appropriate responses to the cross-motions no later than **September 5, 2003**.

3. No later than **July 28, 2003**, the Parties shall also file, in support of their cross-motions for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, all material facts which each party contends are undisputed.

4. No later than **September 5, 2003**, the Parties shall also file, in opposition to each other's cross-motion, a separate Statement of Disputed Facts, responding to the numbered paragraphs set forth in the above-mentioned Statement of Undisputed Facts, which each party contends present a genuine issue to be tried. Each Party also shall set forth, in separate numbered paragraphs, any additional facts which she/it contends preclude summary judgment.

5. All material facts set forth in the Statement of Undisputed Facts required to be served by the Parties shall be taken by the Court as admitted unless controverted by the opposing Party.

6. Statements of material facts in support of, or in opposition to, a motion for summary judgment shall include specific, and not general references, to the parts of the record which support each of the statements. Each stated fact, and each statement that a material is disputed, shall cite the source relied upon, including the title page and line of the document supporting the statement.

7. The "bad faith" issue is preserved for discovery, if necessary.

8. At this point, the Court defers on any schedule regarding expert witnesses as it relates to the "bad faith" issue.

9. Following the filing of the cross-motions for summary judgment, this case will be removed from my docket and transferred to the docket of the Honorable Timothy J. Savage for final disposition and trial scheduling.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE