IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE RICCI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AETNA, INC. | : | NO. 02-4330 |
| d/b/a AETNA U.S. HEALTHCARE AND | : | |
| AETNA LIFE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 11th day of August, 2003, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket and return it to the calendar of the Honorable Timothy J. Savage.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE