IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE RICCI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-4330** |
| | : | |
| **AETNA, INC. d/b/a AETNA U.S.** | : | |
| **HEALTHCARE AND AETNA LIFE** | : | |
| **INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 1st day of October, 2003, upon consideration of the Motion for Enlargement of Time to File an Answer to Plaintiff's Amended Complaint (Document No. 34) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED** and the defendants' Answer with Affirmative Defenses is deemed filed as of this date.

 _____
 TIMOTHY J. SAVAGE, J.