IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE RICCI** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **No. 02-4330** |
| | : | |
| | : | |
| **AETNA, INC. d/b/a AETNA U.S.** | : | |
| **HEALTHCARE and AETNA LIFE** | : | |
| **INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 28th day of July, 2005, it is **ORDERED** that the oral argument on the cross-motions for summary judgment currently scheduled for August 11, 2005, at 2:00 p.m. is rescheduled for **August 16, 2005, at 11:00 a.m. in Courtroom 15B.**

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.