IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE RICCI** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4330 |
| | : | |
| **AETNA, INC. d/b/a AETNA U.S. HEALTHCARE and AETNA LIFE INSURANCE COMPANY** | : : : | |

## ORDER

**AND NOW**, this 24th day of August, 2005, it appearing to the court that this case should be transferred from the Civil Suspense File, it is **ORDERED** that the Clerk of Court shall transfer the case from the Civil Suspense File to the current docket for final disposition.

    s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.