IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELE RICCI** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **AETNA, INC. d/b/a AETNA U.S.** | : | NO. 02-4330 |
| **HEALTHCARE and AETNA LIFE** | : | |
| **INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 7th day of September, 2005, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel.

                                                  /s/ Timothy J. Savage
                                                 TIMOTHY J. SAVAGE, J.